IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SHANNON DEAN TAYLOR                                                                PLAINTIFF

v.                                                     CIVIL ACTION NO. 1:22-cv-215-TBM-RPM

CASEY FAVRE, *et al.*                                                            DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this 10th day of November, 2022.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE